

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00153-CR
_____

REGINALD SANDERS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 09-F-363-202

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Reginald Sanders, appellant, has filed a pro se notice of appeal from his January 2010 aggravated robbery conviction in the 202nd Judicial District Court of Bowie County, Texas. By letter dated August 28, 2014, we informed Sanders that this Court had already affirmed his January 2010 conviction in an earlier appeal filed by Sanders through appointed counsel. *See Sanders v. State*, No. 06-10-00128-CR, 2011 Tex. App. LEXIS 1568 (Tex. App.—Texarkana Mar. 3, 2011, no pet.) (mem. op., not designated for publication). Having notified Sanders of this potential defect in our jurisdiction over the instant appeal, we also afforded him an opportunity to cure the defect by demonstrating how this Court has jurisdiction over a second direct appeal from the same conviction. We received no response from Sanders.

We are without jurisdiction to hear subsequent appeals from Sanders' January 2010 aggravated robbery conviction. *See Hines v. State*, 70 S.W. 955, 957 (Tex. 1903) (only one direct appeal allowed from judgment of conviction); *McDonald v. State*, 401 S.W.3d 360, 361–63 (Tex. App.—Amarillo 2013, pet. ref'd) (dismissing subsequent appeal of previously affirmed conviction for want of jurisdiction).

Accordingly, we dismiss this appeal for want of jurisdiction.


Josh R. Morriss, III
Chief Justice

Date Submitted:     October 21, 2014
Date Decided:       October 22, 2014

Do Not Publish

2